DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT GLENN JOHNS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-00079 OWW |
| Plaintiff, ) | ORDER RELEASING DEFENDANT TO WESTCARE PROGRAM |
| v. ) | |
| ROBERT GLENN JOHNS, ) | |
| Defendant. ) | |

    It is hereby ordered that Robert Glenn Johns shall be released from the Fresno County Jail on March 31, 2010 to a staff member from Westcare for transportation to that residential treatment program.

IT IS SO ORDERED.

**Dated:   March 30, 2010**                     **/s/ Oliver W. Wanger**
                                                                              UNITED STATES DISTRICT JUDGE